CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
ME2 Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ME2 Productions, Inc. | ) | **Case No.: 1:17-CV-00130-KJM-NONE** |
|---|---|---|
| Plaintiff, | ) | (Copyright) |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL WITH** |
| DOES 1 THROUGH 20 | ) | **PREJUDICE OF DOE** |
| | ) | **DEFENDANT NO. 19** |
| Defendants. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE
OF DOE DEFENDANT NO. 19**

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal under Rule 41(a) of Doe 19 (IP address 72.234.102.75) **with prejudice**. This dismissal is pursuant to Rule 41(a)(1)(A)(i).

20-003E

DATED: Kailua-Kona, Hawaii, August 4, 2017.

                CULPEPPER IP, PLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiff
                ME2 Productions, Inc.